THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCES OSBORN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting defendant of the crime of violating section 970 of the Penal Law (being a common gambler), and section 980 of said law (persuading person to visit gambling place) reversed on the law and the facts, the informations dismissed and defendant discharged. The evidence fails to establish the defendant's guilt beyond a reasonable doubt. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN POMERANCE, Appellant.— Judgment of the County Court of Kings County convicting defendant of the crime of assault in the third degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

FRANCESCO RUTIGLIANI, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— In an action to recover damages for personal injuries sustained by the plaintiff as the result of a fall, due to insufficient lighting, on the stairway of the defendant's station, judgment in favor of the plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

SARAH SAMPLE, Respondent, v. SUNRISE OIL CO., INC., Appellant. (Action No. 1.) ABRAHAM JOHNSON, Respondent, v. SUNRISE OIL CO., INC., Appellant. (Action No. 2.) SUN OIL CO., INC., Appellant, v. ABRAHAM JOHNSON, Respondent. (Action No. 3.) (Consolidated Actions.) — Plaintiffs Sample and Johnson, by separate actions, sued the defendant Sunrise Oil Co., Inc., for damages for personal injuries sustained by them when an automobile owned and operated by Johnson, in which Sample was a passenger, collided with a truck owned by defendant; and the latter, by separate action, sued Johnson for property damage. The actions, which were consolidated and tried together, resulted in verdicts in favor of Johnson and Sample, and Sunrise Oil Co., Inc., appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ELSIE SMITH, Respondent, v. GIMBEL BROS., INC., Appellant, and SOCIETE COIFFURE, INC., Impleaded Defendant, Respondent.— Action to recover for breach of warranty of safety, plaintiff having sustained injuries to her head and hair during the use of a permanent wave preparation sold to her by the appellant. Cross-complaint by the appellant against the defendant-respondent for indemnification. Judgment entered on the verdict of a jury in favor of plaintiff against the appellant and in favor of the defendant-respondent against the appellant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.